IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   vs.                      : CRIMINAL NO: CR-1-02-037
                                     : JUDGE DLOTT

**PHILIP JOHNSON,**

        **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                Respectfully submitted,

                                GREGORY G. LOCKHART
                                United States Attorney

                                s/ Deborah F. Sanders
                                DEBORAH F. SANDERS (0043575)
                                Assistant United States Attorney
                                Southern District of Ohio
                                303 Marconi Boulevard, Suite 200
                                Columbus, Ohio 43215-2401
                                (614) 469-5715

N:\_ECF Workload\DSanders\Johnson P - Sat of Judg.wpd