IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. CR 1-02-037 |
| Philip Johnson ) | |
| ) | |

ORDER TERMINATING PROBATION

The above named was placed on Probation on October 18, 2002 for a period of five years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated: _____, 2005

_____
Susan J. Dlott
United States District Judge